UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEUNG HAN KIM, | ) | No. CV 09-3655-SJO (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| RON BARNES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

January 5, 2012.

DATED: _____       _____
                                    S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE