UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEUNG HAN KIM, | ) | No. CV 09-3655-SJO (AGR) |
|         Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| RON BARNES, Warden, | ) ) | |
|         Respondent. | ) ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 5, 2012.

_S. James Otero_
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE